**Order entered November 7, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00811-CV

### IN THE INTEREST OF A.M.B., A CHILD

**On Appeal from the 303rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-15-02289**

## ORDER

We ordered this appeal submitted without the reporter's record on October 4, 2018, after appellant failed to comply with our directive to provide written verification she had requested the record. We further ordered appellant to file her brief no later than November 2, 2018. On October 23, 2018, the reporter's record was filed. Accordingly, on our own motion, we **VACATE** our October 4th order and **ORDER** appellant to file her brief no later than December 7, 2018. Appellant may disregard the Court's November 6, 2018 notice concerning the brief.

/s/     DAVID EVANS
          JUSTICE